# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL B. BULMER, ) | |
| ) | |
| Plaintiff, ) | |
| vs ) | NO. 04-cv-922-JPG |
| ) | |
| RICKY D. SUTTON, TERRI S. BRYANT, ) | |
| JULIUS FLAGG, MARK A. PIERSON and ) | |
| ROGER E. WALKER, JR. ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this case against defendants Terri S. Bryant and Julius Flagg are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that all claims in this case against defendants Ricky D. Sutton, Mark A. Pierson and Roger E. Walker are dismissed with prejudice.

**DATED:** March 22, 2007                                **NORBERT JAWORSKI**

                                                         **s/Vicki Lynn McGuire**
                                                         **Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**